

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | Case No. 19-10587-DER |
| JEANINE TAWN KELLY | |
|     Debtor | Chapter 7 |

NJCC FUND #5 TRUST
    Movant

v.

JEANINE TAWN KELLY
    Debtor/Respondent
and
MONIQUE D. ALMY
    Trustee/Respondent

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon review of the Motion for Relief from the Automatic Stay filed herein by NJCC Fund #5 Trust ("Movant"), and in the absence of any opposition thereto, it is

ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362(a) is TERMINATED to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 3907 W Cold Spring Ln, Baltimore, MD 21215-5432 (the "Property"), and to allow the purchaser or transferee to obtain possession of same; and is further,

ORDERED, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be reimposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

BWW#:MD-183518

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Monique D. Almy, Trustee
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

Marc A. Ominsky, Esq.
Century Plaza Building
10632 Little Patuxent Parkway, Suite 249
Columbia, MD 21046

Jeanine Tawn Kelly
3907 West Cold Spring Lane
Baltimore, MD 21215

**END OF ORDER**

BWW#:MD-183518